WILLIE SPIRLES, Appellant, v STATE OF NEW YORK, Respondent.

Submitted May 16, 2016; decided June 14, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of STATE OF NEW YORK, Respondent, v WALTER
  J.R., Appellant.

Submitted May 2, 2016; decided June 14, 2016

Motion for reargument of motion for leave to appeal denied [*see* 27 NY3d 960 (2016)].

In the Matter of YAN PING XU, Appellant, v NEW YORK CITY
  DEPARTMENT OF HEALTH AND MENTAL HYGIENE, Respondent.

Submitted May 16, 2016; decided June 14, 2016

Motion for reargument of motion for leave to appeal denied [*see* 27 NY3d 902 (2016)].